THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS ARCHER, Appellant, *v.* WILLAM McADOO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Archer* v. *McAdoo*, 110 App. Div. 740, affirmed.
(Argued March 1, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 12, 1906, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to grade the relator as a patrolman of the sixth grade in the police department of the city of New York and denied said motion.

*R. Percy Chittenden* for appellant.

*John J. Delany,* Corporation Counsel (*James D. Bell* of counsel), for respondent.

Order affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.